IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:17MJ105 |
| vs. | |
| JANE DOE USING THE INITIALS J.G., | **ORDER** |
| Defendant. | |

IT IS ORDERED that the Motion to Dismiss the criminal complaint without prejudice of the United States Attorney's Office (Filing No. 18) is granted. The above-referenced matter is hereby dismissed without prejudice.

Dated this 8th day of June, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge